

```
FXFSWASHOP 00085803      006116-003307
DCL     002085910
```

**FedEx Freight, Inc.**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

# Earnings Statement

Page 001 of 00
Pay Period:      02/18/2018 - 02/
Advice Date:     03/02/2018
Advice Number:   0020514567
Batch Number:    DCL002014523
Employee ID:     2085910

**ANTONIO D WALKER**

*Delivering on the Purple Promise makes this check possible.*

Exemptions   Addl Amt   Addl %
Fed:   M-03
GA(W): H-01

**Total Hours for Hourly/Piece Rate Period 02/18/18 - 02/24/18**
Worked = 39.32 Hours   Ovrtime & Dbltime = 0.25 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 39.07 | 28.200 | 1101.77 | 7817.13 |
| Education | | | | 110.80 |
| STRAIGHT TIME | 39.07 # | 28.200 ## | 1101.77 | Sub-Total |
| Overtime | 0.25 | 42.300 | 10.58 | 94.39 |
| Edu_OT | | | | 7.34 |
| OVERTIME | 0.25 # | 42.300 ## | 10.58 | Sub-Total |
| GROSS WAGES $$ | | | 1112.35 | Sub-Total |
| Pto/Supp | 1.00 | 28.200 | 28.20 | 82.60 |
| Holiday | | | | 652.80 |
| Vacation | | | | 380.80 |
| NON-WRKD HRS | 1.00 # | 28.200 ## | 28.20 | Sub-Total |
| Bhe Est | | | | 593.01 |
| & Sfty Shoe | | | | 42.47 |
| OTHER | | | 0.00 | Sub-Total |

| | | | This Stmt | Year-To-Date |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 1140.55 | 9781.34 |
| Fed Tax Wages | | | 1057.23 | 9018.94 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 13.8 | 10.0 | 3.8 |
| Vacation Balance | 72.3 | 48.0 | 24.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1140.55 | 9781.34 |
| TOTAL TAXES | 202.06 | 1812.89 |
| TOTAL DEDUCTIONS | 95.88 | 832.69 |
| NET PAY | 842.61 | 7135.76 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 64.16 | 641.48 |
| Fed MED/EE | 16.16 | 137.84 |
| Fed OASDI/EE | 69.08 | 589.36 |
| GA Withholdng | 52.66 | 444.21 |
| TOTAL TAXES | 202.06 | 1812.89 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 57.03 | 486.94 |
| Crdt Assn1 | 10.00 | 90.00 |
| Life Ins02 | 1.83 | 16.27 |
| &Dental 09 | 6.10 | 54.72 |
| &Medical 16 | 18.92 | 166.82 |
| &Vision 07 | 2.00 | 17.94 |
| TOTAL DEDUCTIONS | 95.88 | 832.69 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif2 | 0.73 | 6.49 |
| TOTAL TXBLE BENEF | 0.73 | 6.49 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 34.22 | 292.16 |
| TOTAL ER PD BENEF | 34.22 | 292.16 |

**Other Information**
\# Represents all hrs in this category
\#\#Represents consolidated rate for category

---

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

**FedEx**  FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number:  0020514567
Advice Date:    03/02/2018
2085910

Deposited to the account of
ANTONIO D WALKER

Amount
842.61

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**FedEx**

FXFSWASHOP 00085803    006154-003321
DCL    002085910

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

## Earnings Statement

| | |
|---|---|
| | Page 001 of 002 |
| Pay Period: | 02/25/2018 - 03/03/2018 |
| Advice Date: | 03/09/2018 |
| Advice Number: | 0020560849 |
| Batch Number: | DCL002014533 |
| Employee ID: | 2085910 |

**ANTONIO D WALKER**

Delivering on the Purple Promise
makes this check possible.

Exemptions    Addl Amt    Addl %
Fed:   M-03
GA(W): H-01

Total Hours for Hourly/Piece Rate Period 02/25/18 - 03/03/18
Worked = 32.13 Hours    Ovrtime & Dbltime = 0.15 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 31.98 | 28.200 | 901.84 | 8718.97 |
| Education | | | | 110.80 |
| STRAIGHT TIME | 31.98 # | 28.200 ## | 901.84 | Sub-Total |
| Overtime | 0.15 | 42.300 | 6.35 | 100.74 |
| Edu OT | | | | 7.34 |
| OVERTIME | 0.15 # | 42.300 ## | 6.35 | Sub-Total |
| GROSS WAGES $$ | | | 908.19 | Sub-Total |
| Pto/Supp | | | | 82.60 |
| Holiday | | | | 652.80 |
| Vacation | | | | 380.80 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| Bhe Est | | | | 593.01 |
| & Sfty Shoe | | | | 42.47 |
| OTHER | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 908.19 | 10689.53 |
| Fed Tax Wages | | | 827.41 | 9846.35 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 14.4 | 10.0 | 4.4 |
| Vacation Balance | 72.3 | 48.0 | 24.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 908.19 | 10689.53 |
| TOTAL TAXES | 142.93 | 1955.82 |
| TOTAL DEDUCTIONS | 93.34 | 926.03 |
| NET PAY | 671.92 | 7807.68 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 36.59 | 678.07 |
| Fed MED/EE | 12.78 | 150.62 |
| Fed OASDI/EE | 54.68 | 644.04 |
| GA Withholdng | 38.88 | 483.09 |
| TOTAL TAXES | 142.93 | 1955.82 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 54.49 | 541.43 |
| Crdt Assn1 | 10.00 | 100.00 |
| Life Ins02 | 1.83 | 18.10 |
| &Dental 09 | 6.10 | 60.82 |
| &Medical 16 | 18.92 | 185.74 |
| &Vision 07 | 2.00 | 19.94 |
| TOTAL DEDUCTIONS | 93.34 | 926.03 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif2 | 0.73 | 7.22 |
| TOTAL TXBLE BENEF | 0.73 | 7.22 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 31.79 | 323.95 |
| TOTAL ER PD BENEF | 31.79 | 323.95 |

Other Information
# Represents all hrs in this category
## Represents consolidated rate for category

©1998, 2006, ADP, LLC All Rights Reserved.
© 2002 Automatic Data Processing (PCSLVW3)

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**FedEx**  FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0020560849
Advice Date:   03/09/2018
2085910

Deposited to the account of
ANTONIO D WALKER

Amount
671.92

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# FedEx. Earnings Statement

FXFSWASHOP 00085803   006148-003317
DCL   002085910

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Page 001 of 002
Pay Period: 03/04/2018 - 03/10/2018
Advice Date: 03/16/2018
Advice Number: 0020591457
Batch Number: DCL002014542
Employee ID: 2085910

ANTONIO D WALKER
-----------------------------------
Delivering on the Purple Promise
makes this check possible.

Exemptions   Addl Amt   Addl %
Fed: M-03
GA(W): H-01

Total Hours for Hourly/Piece Rate Period 03/04/18 - 03/10/18
Worked = 24.46 Hours   Ovrtime & Dbltime = 0.58 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 23.88 | 28.200 | 673.42 | 9392.39 |
| Education | | | | 110.80 |
| STRAIGHT TIME | 23.88 # | 28.200 ## | 673.42 | Sub-Total |
| Overtime | 0.58 | 42.300 | 24.53 | 125.27 |
| Edu OT | | | | 7.34 |
| OVERTIME | 0.58 # | 42.300 ## | 24.53 | Sub-Total |
| GROSS WAGES $$ | | | 697.95 | Sub-Total |
| Vacation | 8.00 | 28.200 | 225.60 | 606.40 |
| Pto/Supp | | | | 82.60 |
| Holiday | | | | 652.80 |
| NON-WRKD HRS | 8.00 # | 28.200 ## | 225.60 | Sub-Total |
| Bhe Est | | | | 593.01 |
| & Sfty Shoe | | | | 42.47 |
| OTHER | | | 0.00 | Sub-Total |

| | | This Stmt | Year-To-Date |
|---|---|---|---|
| TOTAL GROSS PAY | | 923.55 | 11613.08 |
| Fed Tax Wages | | 841.85 | 10688.20 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 15.0 | 10.0 | 5.0 |
| Vacation Balance | 72.3 | 56.0 | 16.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 923.55 | 11613.08 |
| TOTAL TAXES | 146.69 | 2102.51 |
| TOTAL DEDUCTIONS | 94.26 | 1020.29 |
| NET PAY | 682.60 | 8490.28 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 38.31 | 716.38 |
| Fed MED/EE | 13.01 | 163.63 |
| Fed OASDI/EE | 55.63 | 699.67 |
| GA Withholdng | 39.74 | 522.83 |
| TOTAL TAXES | 146.69 | 2102.51 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 55.41 | 596.84 |
| Crdt Assn1 | 10.00 | 110.00 |
| Life Ins02 | 1.83 | 19.93 |
| &Dental 09 | 6.10 | 66.92 |
| &Medical 16 | 18.92 | 204.66 |
| &Vision 07 | 2.00 | 21.94 |
| TOTAL DEDUCTIONS | 94.26 | 1020.29 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif2 | 0.73 | 7.95 |
| TOTAL TXBLE BENEF | 0.73 | 7.95 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 32.32 | 356.27 |
| TOTAL ER PD BENEF | 32.32 | 356.27 |

Other Information
# Represents all hrs in this category
## Represents consolidated rate for category

© 2002 Automatic Data Processing (PCSUV0)
©1998, 2006  ADP, LLC  All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

FedEx. FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0020591457
Advice Date: 03/16/2018
2085910

Deposited to the account of
ANTONIO D WALKER

Amount
682.60

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**FedEx**

FXFSWASHOP 00085803    006193-003353
DCL    002085910

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Page 001 of 002
Pay Period:     03/25/2018 - 03/31/2018
Advice Date:    04/06/2018
Advice Number:  0020695837
Batch Number:   DCL002014568
Employee ID:    2085910

**ANTONIO D WALKER**

Delivering on the Purple Promise makes this check possible.

Exemptions    Addl Amt    Addl %
Fed: M-03
GA(W): H-01

Total Hours for Hourly/Piece Rate Period 03/25/18 - 03/31/18
Worked = 38.12 Hours    Ovrtime & Dbltime = 0.17 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Education | 0.60 | 28.200 | 16.92 | 127.72 |
| Regular | 37.35 | 28.200 | 1053.27 | 12677.98 |
| STRAIGHT TIME | 37.95 # | 28.200 ## | 1070.19 | Sub-Total |
| Overtime | 0.17 | 42.300 | 7.19 | 195.91 |
| Edu OT | | | | 7.34 |
| OVERTIME | 0.17 # | 42.300 ## | 7.19 | Sub-Total |
| GROSS WAGES $$ | | | 1077.38 | Sub-Total |
| Pto/Supp | 2.00 | 28.200 | 56.40 | 167.20 |
| Vacation | | | | 606.40 |
| Holiday | | | | 652.80 |
| NON-WRKD HRS | 2.00 # | 28.200 ## | 56.40 | Sub-Total |
| Bhe Est | | | | 593.01 |
| & Sfty Shoe | | | | 42.47 |
| OTHER | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 1133.78 | 15070.83 |
| Fed Tax Wages | | | 1039.46 | 13859.61 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 16.9 | 13.0 | 3.9 |
| Vacation Balance | 82.3 | 56.0 | 26.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1133.78 | 15070.83 |
| TOTAL TAXES | 198.34 | 2711.41 |
| TOTAL DEDUCTIONS | 106.88 | 1344.31 |
| NET PAY | 828.56 | 11015.11 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 62.02 | 908.81 |
| Fed MED/EE | 16.06 | 212.63 |
| Fed OASDI/EE | 68.66 | 909.16 |
| GA Withholdng | 51.60 | 680.81 |
| TOTAL TAXES | 198.34 | 2711.41 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 68.03 | 804.31 |
| Crdt Assn1 | 10.00 | 140.00 |
| Life Ins02 | 1.83 | 25.42 |
| &Dental 09 | 6.10 | 85.22 |
| &Medical 16 | 18.92 | 261.42 |
| &Vision 07 | 2.00 | 27.94 |
| TOTAL DEDUCTIONS | 106.88 | 1344.31 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif2 | 0.73 | 10.14 |
| TOTAL TXBLE BENEF | 0.73 | 10.14 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 39.68 | 477.29 |
| TOTAL ER PD BENEF | 39.68 | 477.29 |

Other Information
# Represents all hrs in this category
## Represents consolidated rate for category

©1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**FedEx**    FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number:  0020695837
Advice Date:    04/06/2018
2085910

Deposited to the account of
ANTONIO D WALKER

Amount
828.56

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**FedEx**

FXFSWASHOP 00085803     006221-003361
DCL    002085910

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Pay Period:      04/01/2018 - 04/07/2018
Advice Date:     04/13/2018
Advice Number:   0020740029
Batch Number:    DCL002014577
Employee ID:     2085910
Page 001 of 002

**ANTONIO D WALKER**

Delivering on the Purple Promise makes this check possible.

Exemptions    Addl Amt    Addl %
Fed:    M-03
GA(W):  H-01

Total Hours for Hourly/Piece Rate Period 04/01/18 - 04/07/18
Worked = 40.28 Hours    Ovrtime & Dbltime = 1.20 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 39.08 | 28.700 | 1121.60 | 13799.58 |
| Education | | | | 127.72 |
| STRAIGHT TIME | 39.08 # | 28.700 ## | 1121.60 | Sub-Total |
| Overtime | 1.20 | 43.050 | 51.66 | 247.57 |
| Edu OT | | | | 7.34 |
| OVERTIME | 1.20 # | 43.050 ## | 51.66 | Sub-Total |
| GROSS WAGES $$ | | | 1173.26 | Sub-Total |
| Pto/Supp | 1.00 | 28.700 | 28.70 | 195.90 |
| Vacation | | | | 606.40 |
| Holiday | | | | 652.80 |
| NON-WRKD HRS | 1.00 # | 28.700 ## | 28.70 | Sub-Total |
| Bhe Est | | | | 593.01 |
| & Sfty Shoe | | | | 42.47 |
| OTHER | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 1201.96 | 16272.79 |
| Fed Tax Wages | | | 1103.59 | 14963.20 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 17.5 | 14.0 | 3.5 |
| Vacation Balance | 82.3 | 56.0 | 26.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1201.96 | 16272.79 |
| TOTAL TAXES | 215.11 | 2926.52 |
| TOTAL DEDUCTIONS | 111.01 | 1455.32 |
| NET PAY | 875.84 | 11890.95 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 69.72 | 978.53 |
| Fed MED/EE | 17.04 | 229.67 |
| Fed OASDI/EE | 72.90 | 982.06 |
| GA Withholdng | 55.45 | 736.26 |
| TOTAL TAXES | 215.11 | 2926.52 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 72.12 | 876.43 |
| Crdt Assn1 | 10.00 | 150.00 |
| Life Ins02 | 1.87 | 27.29 |
| &Dental 09 | 6.10 | 91.32 |
| &Medical 16 | 18.92 | 280.34 |
| &Vision 07 | 2.00 | 29.94 |
| TOTAL DEDUCTIONS | 111.01 | 1455.32 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif2 | 0.77 | 10.91 |
| TOTAL TXBLE BENEF | 0.77 | 10.91 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 42.07 | 519.36 |
| TOTAL ER PD BENEF | 42.07 | 519.36 |

Other Information
# Represents all hrs in this category
## Represents consolidated rate for category

©1998, 2006. ADP, LLC All Rights Reserved.
© 2002 Automatic Data Processing (PCSUV0)
TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**FedEx**
FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number:  0020740029
Advice Date:    04/13/2018
2085910

Deposited to the account of
ANTONIO D WALKER

Amount
875.84

THIS IS CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK     HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# FedEx

FXFSWASHOP 00085803    006206-003360
DCL    002085910

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

## Earnings Statement

Page 001 of 002
Pay Period: 04/08/2018 - 04/14/2018
Advice Date: 04/20/2018
Advice Number: 0020766899
Batch Number: DCL002014586
Employee ID: 2085910

**ANTONIO D WALKER**

Delivering on the Purple Promise makes this check possible.

Exemptions    Addl Amt    Addl %
Fed: M-03
GA(W): H-01

Total Hours for Hourly/Piece Rate Period 04/08/18 - 04/14/18
Worked = 30.40 Hours   Ovrtime & Dbltime = 0.38 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 30.02 | 28.700 | 861.57 | 14661.15 |
| Education | | | | 127.72 |
| STRAIGHT TIME | 30.02 # | 28.700 ## | 861.57 | Sub-Total |
| Overtime | 0.38 | 43.050 | 16.36 | 263.93 |
| Edu-OT | | | | 7.34 |
| OVERTIME | 0.38 # | 43.050 ## | 16.36 | Sub-Total |
| GROSS WAGES $$ | | | 877.93 | Sub-Total |
| Pto/Supp | 2.00 | 28.700 | 57.40 | 253.30 |
| Vacation | 4.00 | 28.700 | 114.80 | 721.20 |
| Holiday | | | | 652.80 |
| NON-WRKD HRS | 6.00 # | 28.700 ## | 172.20 | Sub-Total |
| Bhe Est | | | | 593.01 |
| & Sfty Shoe | | | | 42.47 |
| OTHER | | | 0.00 | Sub-Total |

| | | This Stmt | Year-To-Date |
|---|---|---|---|
| TOTAL GROSS PAY | | 1050.13 | 17322.92 |
| Fed Tax Wages | | 960.87 | 15924.07 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 18.1 | 16.0 | 2.1 |
| Vacation Balance | 92.3 | 60.0 | 32.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1050.13 | 17322.92 |
| TOTAL TAXES | 177.80 | 3104.32 |
| TOTAL DEDUCTIONS | 101.90 | 1557.22 |
| NET PAY | 770.43 | 12661.38 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 52.59 | 1031.12 |
| Fed MED/EE | 14.85 | 244.52 |
| Fed OASDI/EE | 63.48 | 1045.54 |
| GA Withholdng | 46.88 | 783.14 |
| TOTAL TAXES | 177.80 | 3104.32 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 63.01 | 939.44 |
| Crdt Assn1 | 10.00 | 160.00 |
| Life Ins02 | 1.87 | 29.16 |
| &Dental 09 | 6.10 | 97.42 |
| &Medical 16 | 18.92 | 299.26 |
| &Vision 07 | 2.00 | 31.94 |
| TOTAL DEDUCTIONS | 101.90 | 1557.22 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif2 | 0.77 | 11.68 |
| TOTAL TXBLE BENEF | 0.77 | 11.68 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 36.75 | 556.11 |
| TOTAL ER PD BENEF | 36.75 | 556.11 |

Other Information
\# Represents all hrs in this category
\##Represents consolidated rate for category

©1998, 2006. ADP, LLC All Rights Reserved.
© 2002 Automatic Data Processing (PC8I/VO)
▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

# FedEx

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0020766899
Advice Date: 04/20/2018
2085910

Deposited to the account of
ANTONIO D WALKER

Amount
770.43

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.