UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
ATLANTA Division

IN RE: : Case No. 18-58871 - WLH
Tierra Marshay Walker, :
    Debtor. : Chapter 13

### STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

✓   I am unemployed; or

___   I am self-employed; or

___   My employer did not provide pay stubs. or

___   Other:

_____

_____

_____

Dated: 6/24/18                    /s/ Tierra Marshay Walker
                                  Tierra Marshay Walker

King & King Law, LLC
215 Pryor Street
Atlanta, Georgia 30303