**IT IS ORDERED as set forth below:**

**Date: August 21, 2018**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. A18-58871-WLH |
| TIERRA MARSHAY WALKER | ) | |
| DEBTOR | ) | CHAPTER 13 |
| | ) | |

### ORDER ON TRUSTEE'S MOTION OBJECTING TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. 1328(f)

The above and foregoing matter came before this Court on August 15, 2018 at 9:30 a.m. on the Trustee's Motion Objecting to the Debtor's Discharge because the Debtor filed a previous Chapter 7 case during the last four years and received a discharge. No opposition was announced to the Motion. Upon review of the pleadings, and for good cause shown:

**IT IS HEREBY ORDERED** that the Debtor is ineligible for a discharge in this case pursuant to 11 U.S.C. Section 1328(f).

### END OF DOCUMENT

Presented by:

/s/
Ryan J. Williams,
Attorney for Chapter 13 Trustee
GA Bar No. 940874
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA  30303
(678) 992-1201

## **DISTRIBUTION LIST**

Case Number **A18-58871-WLH**

Tierra Marshay Walker
4498 Estate Street
Atlanta, GA 30349

King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303

(*ALL CREDITORS LISTED ON MAILING MATRIX*)